No. 795. NATIONAL ELECTRIC SIGNAL CO. *v.* CITY OF ELECTRA ET AL. April 8, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Munson H. Lane* for petitioner. *Messrs. Henry R. Ashton* and *S. J. Brooks* for respondents.

No. 797. DOYLE ET AL. *v.* LORING, ADMINISTRATRIX, ET AL. April 8, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. S. J. Rose* and *Joseph A. Padway* for petitioners. *Mr. W. Morris Miles* for respondents.

No. 802. AMERICAN EAGLE FIRE INSURANCE CO. ET AL. *v.* GAYLE ET AL. April 8, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frank M. Drake* for petitioners. *Mr. Orie S. Ware* for respondents.

No. 806. AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION & INDEMNITY ASSN., INC. *v.* EXPORT STEAMSHIP CORP. ET AL. April 8, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ira A. Campbell* for petitioner. *Mr. John W. Griffin* for Export Steamship Corp. et al., and *Mr. Arthur M. Boal* for American Insurance Co.,—respondents.

No. 819. YARDLEY *v.* HOUGHTON MIFFLIN Co. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr.*